WELLS CALL, A PROFESSIONAL CORPORATION
Benjamin W. Scott (SBN 282541)
ben@wellscall.com
eservice@wellscall.com
1455 Oliver Road, Suite 110
Fairfield, CA 94534
Telephone: (707) 426-5300
Facsimile: (707) 425-7785

Attorneys for Plaintiffs,
JOANNE FASHAUER and JOSEPH F. FASHAUER

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOANNE FASHAUER, ET AL.,

Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No.: 2:26-cv-01670-DJC-AC

**ORDER SUBSTITUTING SUCCESSOR IN INTEREST FOR DECEASED PLAINTIFF JOSEPH F. FASHAUER**

**ORDER**

The Court has reviewed the parties' stipulation. Good cause appearing, IT IS HEREBY ORDERED:

1. Joanne Fashauer is substituted as a party in this action in place of deceased Plaintiff Joseph F. Fashauer, in her capacity as his successor in interest under Code of Civil Procedure sections 377.11 and 377.30.

2. The caption of this action is amended to read: "JOANNE FASHAUER, individually and as successor in interest to JOSEPH F. FASHAUER, deceased, Plaintiff, v. COSTCO WHOLESALE CORPORATION, and DOES 1 through 40, inclusive, Defendants." All documents filed after the date of this order shall bear the amended caption.

IT IS SO ORDERED.

Dated: November 6, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE